UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 23-4275
3:19-CR-00986

UNITED STATES OF AMERICA

    Plaintiff – Appellee

v.

MICHAEL PRINCE

    Defendant – Appellant

## MOTION TO WITHDRAW FROM REPRESENTATION

The undersigned hereby moves pursuant to Local Rule 46(d) of the Federal Rules of Appellate Procedure to be relieved as counsel. It is my belief that a petition the United States Supreme Court for certiorari would be frivolous. I have served a copy of this motion on Mr. Prince.

For these reasons, counsel respectfully requests this Honorable Court relieve him from further representation in this matter. **Client is informed by copy of this motion he has seven days to file a response to the motion in the Fourth Circuit Court of Appeals, if he desires.**

Respectfully submitted,

/s Bradley M. Kirkland
Bradley M. Kirkland
BRADLEY M. KIRKLAND, LLC
2007 Lincoln Street
Columbia, SC 29201
(803) 386-1116

Columbia, South Carolina
March 8, 2024